FILED
AUG 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEALED

| | |
|---|---|
| In Re Matter of<br><br>(1) CRIMINAL COMPLAINTS AND ARREST WARRANTS AUTHORIZED ON AUGUST 18, 2009, TO ARREST:<br><br>MIGUEL GOMEZ,<br>RAMON SANCHEZ,<br>ARTURO LEMUS SALDANA,<br>ROGELIO RAMOS FRAUSTO, and<br>SALVADOR GUTIERREZ MACHUCA.<br><br>(2) SEARCH WARRANTS AUTHORIZED ON AUGUST 18, 2009, TO SEARCH:<br><br>5476 Lawrence St., Dinuba, CA;<br><br>974 Pecan Ave., Reedley, CA;<br><br>424 E. Huntsman Ave., Reedley, CA; and<br><br>The first pink residence located on the eastside of Road 124, north of Ave. 424, in the area of 42800-42804 Road 124, Orosi, CA. | ORDER SEALING ARREST WARRANTS, CRIMINAL COMPLAINTS, SEARCH WARRANTS, SEARCH WARRANTS, APPLICATION AND ORDER<br><br>**Under Seal**<br><br>1:09 SW 00204 SMS<br>1:09 SW 00205 SMS<br>1:09 SW 00206 SMS<br>1:09 SW 00207 SMS<br>1:09 MJ 00201 SMS<br>1:09 MJ 00202 SMS<br>1:09 MJ 00203 SMS<br>1:09 MJ 00204 SMS |

1:09 MJ 00205 SMS

The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaints, Arrest

Warrants, Search Warrants and Search Applications, in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints, Arrest Warrants, Search Warrants and Search Warrant Applications, and this Sealing Order, along with the Government's underlying Sealing Application, in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered by this Court.

DATED: August 18, 2009

Honorable Sandra M. Snyder
U.S. Magistrate Judge