1  ALBERT GARCIA, SBN. 176573
   ATTORNEY AT LAW
2  115 S. CHURCH STREET
   VISALIA, CALIFORNIA 93291
3  PH: 559.636.8558 FAX 559.734.8659

4                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
5

6

7  UNITED STATES OF AMERICA,           )  Case No.: 1:09-cr-00339-OWW
                                        )
8                   Plaintiff,          )
                                        )  **ORDER** GRANTING ATTORNEY ALBERT
9          vs.                          )  GARCIA'S MOTION TOWITHDRAW AS
                                        )  ATTORNEY OF RECORD
10 JESUS DURAN,                         )
                                        )
11                  Defendant.          )
                                        )
12

13

14

15

16         GOOD CAUSE APPEARING BEFORE THIS COURT, IT IS HEREBY **ORDERED**

17 that the Motion to Withdraw as Attorney of Record in the above entitled case is Hereby Granted

18 and attorney ALBERT GARCIA  is relieved as attorney for Defendant JESUS DURAN.

19 IT IS SO ORDERED.

20
       Dated:   **August 20, 2010**              **/s/ Oliver W. Wanger**
21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

                                      -1-