Annette T. Smurr, Esq., SBN 138052
**LAW OFFICE OF ANNETTE T. SMURR**
2100 Tulare Street, Suite 529
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

**In the United States District Court
For the Eastern District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JESUS DURAN,<br><br>    Defendant | ) Case No.: 1:09-cr-00339-LJO<br>)<br>) **STIPULATION: TO CONTINUE DATE**<br>) **OF SENTENCING AND DUE DATE FOR**<br>) **OBJECTION TO PRESENTENCE**<br>) **INVESTIGATION REPORT**<br>)<br>)<br>)<br>) |

   Defendant, JESUS DURAN, by and through his attorney of record, ANNETTE T. SMURR, and THE UNITED STATES OF AMERICA, by and through its attorneys of record, BENJAMIN B, WAGNER, United States Attorney, and KAREN ESCOBAR Assistant United States Attorney, hereby enter into the following STIPULATION:

   1. The parties to the above-captioned matter agree to vacate the current
      Sentencing date of October 31, 2011 at 1:30 p.m. and to continue
      Sentencing to November 21, 2011 at 1:30 p.m.

2. The parties agree to vacate the current filing date of October 21, 2011 for the defendants Objection to the Presentence Investigation Report and to continue that date until November 11, 2011.

Dated this 14TH day of October, 2011

BY: /S/ ANNETTE T. SMURR
ANNETTE T. SMURR
Attorney for Defendant
JESUS DURAN

BY: /S/ KAREN ESCOBAR
KAREN ESCOBAR
ASSISTANT U.S. ATTORNEY

Having read and considered the foregoing STIPULATION

IT IS THE ORDER of the court that the current October 31, 2011 1:30p.m. sentencing date is hereby vacated. The new sentencing date shall be November 21, 2011 at 1:30 p.m.

IT IS THE ORDER of the court that the current November 21, 2011 due date for Defendant's Objection to Presentence Investigation Report due to Probation and AUSA is hereby vacated. The new date shall be November 11, 2011.

IT IS SO ORDERED.

Dated:   **October 14, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE