HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JESUS DURAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS DURAN,<br><br>Defendant. | No. Cr. F 09-339 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, JESUS DURAN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Karen Ann Escobar, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 21, 2011, this Court sentenced Mr. Duran to a term of 135 months imprisonment, consecutive to any discharged term of imprisonment;

3. His total offense level was 31, his criminal history category was III, and the resulting guideline range was 135 to 168 months;

4. The sentencing range applicable to Mr. Duran was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Duran's total offense level has been reduced from 31 to 29, and his amended guideline range is 108 to 135 months; however, Mr. Duran was subject to a mandatory minimum term of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Duran's term of imprisonment to a term of 120 months, consecutive to any discharged term of imprisonment.

Respectfully submitted,

Dated:  February 11, 2015                                   Dated:   February 11, 2015

BENJAMIN B. WAGNER                                  HEATHER E. WILLIAMS
United States Attorney                                         Federal Defender


 /s/ *Karen Ann Escobar*                                       /s/ *David M. Porter*
KAREN ANN ESCOBAR                                    DAVID M. PORTER
Assistant U.S. Attorney                                        Assistant Federal Defender

Attorney for Plaintiff                                             Attorney for Defendant
UNITED STATES OF AMERICA                        JESUS DURAN

**ORDER**

Defendant Duran filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) on February 3, 2015 (CR 216), noticed for hearing on March 9, 2015.  In light of the parties' stipulated motion, the motion filed February 3, 2015 is rendered moot and the hearing is taken off calendar.

Pursuant to the stipulation of the parties, and good cause appearing therefor, the Court finds that Mr. Duran is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 108 to 135 months; however, Mr. Duran was subject to a mandatory minimum term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2011 is reduced to a term of 120 months, consecutive to any discharged term of imprisonment.

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Duran shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  **February 13, 2015**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE