BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Petitioner- Defendant
JESUS DURAN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   1:09-cr-00339-JLT |
| Plaintiff - Respondent, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE** |
| GOMEZ-GOMEZ, et al., | |
| Defendant - Petitioner. | |

## STIPULATION

## **BACKGROUND**

1. Defendant Jesus Duran filed a *pro per* motion for reduction in sentence and compassionate release on August 22, 2022.  Doc #243.  On August 26, 2022, the Court appointed the Federal Defender's Office and ordered that Office file a supplement to Defendant's pro se motion or to notify the Court and the government it does not intend to file a supplement.  Doc #245.

   *2.* The undersigned counsel was appointed for defendant on October 24, 2022 (*nunc*

*pro tunc* to October 20, 2022).  Docket No. #246.  Counsel cannot complete the work required in this case by October 25, 2022.  The parties desire to stipulate to a revised briefing schedule. Counsel for respondent does not oppose this request.

      3.      Counsel for Duran will comply with the Court's scheduling order by November 25, 2022. Should a supplement to the motion be filed, counsel for respondent will file an opposition by December 24, 2022.  Duran will file a reply by January 5, 2023.

**IT IS SO STIPULATED:**

DATED: October 24, 2022　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　*/s/ Karen Escobar*
　　　　　　　　　　　　　　　　KAREN ESCOBAR
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: October 24, 2022　　　　　*/s/ B.C. McComas*
　　　　　　　　　　　　　　　　BRIAN C. McCOMAS

　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　JESUS DURAN

IT IS SO ORDERED.

  Dated:　**October 24, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE