UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JESUS DURAN,<br><br>           Defendant. | No. 1:09-cr-00339-JLT<br><br>ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AS MOOT<br><br>(Doc. No. 243) |

       On August 22, 2022, Defendant Jesus Duran petitioned the Court for compassionate release or a reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 243.) Defendant's motion for release or sentence reduction was based largely on health concerns and evidence of his rehabilitation.

       The case or controversy requirement of Article III of the Federal Constitution deprives the Court of jurisdiction to hear moot cases. *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983); *NAACP., Western Region v. City of Richmond*, 743 F.2d 1346, 1352 (9th Cir. 1984). A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt*, 455 U.S. 478, 481 (1984). At the time of his motion, Duran was serving his 120-month sentence at FCI Yazoo City in Mississippi. (Docs. 219, 243.) However, as of February 9, 2023, Duran was released from custody. *Find an inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (last visited June 27, 2023).

When a prisoner is released from custody, the motion for compassionate release becomes moot because there is no further relief this Court can provide.  *United States v. Sanchez*, No. 16-CR-2077-BEN, 2021 WL 5999764, at *1 (S.D. Cal. Dec. 17, 2021).  Accordingly, Defendant's motion (Doc. 243) is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **June 27, 2023**

_____
UNITED STATES DISTRICT JUDGE